UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK, et al.,<br><br>    Defendants. | No.  1:24-cv-01196-SAB (PC)<br><br>SECOND ORDER DIRECTING PLAINTIFF TO SUBMIT PROPER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE $405.00 FILING FEE<br><br>(ECF No. 5) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on October 4, 2024.  (ECF No. 1.)  On October 8, 2024, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $405.00 filing fee for this action within forty-five days.  (ECF No. 3.)  The Court also sent Plaintiff the proper application to proceed in forma pauperis by a prisoner.  (Id.)

On October 18, 2024, Plaintiff filed an application and declaration in response to the Court's October 8, 2024, order.  Plaintiff declares and requests that the Court accept his attached in forma pauperis application because the facility in which he is detained "does not have litigation coordinator and just so happens to lose and/or fail to respond to the I.F.P. application for whatever reason…."  (ECF No. 5.)

///

1

As an initial matter, Plaintiff did not attach the proper application to proceed in forma pauperis by a prisoner which was sent to him with the Court's October 8, 2024. (ECF Nos. 3, 5.) Rather, Plaintiff submitted an application to proceed in forma pauperis in the Supreme Court of the United States. (ECF No. 5.) In addition, despite Plaintiff's claim that the Madera County Jail does not have a litigation coordinator, the Court notes that Plaintiff has filed three other actions in this Court while detained in Madera County Jail, and he was able to submit the proper application to proceed in forma pauperis in all three of those actions. See Cuellar v. Madera County Dept. of Corrections, 1:20-cv-00388-HBK (PC); Cuellar v. Fresno County Sheriff, 1:20-cv-00707-DAD-SAB (PC); Cuellar v. Madera County Department of Corrections Health Care Provider, 1:20-cv-00960-ADA-SAB (PC). Thus, Plaintiff's conclusory contention that he is not able to provide the proper application to proceed in forma pauperis is not well-taken. In the interest of justice and on the basis of good cause, the Court will grant additional time to file a proper application to proceed in forma pauperis or pay the $405.00 filing fee for this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff an application to proceed in forma pauperis by a prisoner;
2. Within **thirty (30)** days from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action;
3. No requests for extension will be granted without a showing of good cause; and
4. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **October 23, 2024**

UNITED STATES MAGISTRATE JUDGE