UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS JUSTIN CUELLAR,<br><br>    Plaintiff,<br><br>  v.<br><br>ARAMARK, et al.,<br><br>    Defendants. | No. 1:24-cv-01196-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER<br><br>(ECF No. 7) |

  Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on October 4, 2024. (ECF No. 1.) On October 8, 2024, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the $405.00 filing fee for this action within forty-five days. (ECF No. 3.) The Court also sent Plaintiff the proper application to proceed in forma pauperis by a prisoner. (Id.)

  On October 18, 2024, Plaintiff filed an application and declaration in response to the Court's October 8, 2024, order. Plaintiff declared and requested that the Court accept his attached in forma pauperis application because the facility in which he is detained "does not have litigation coordinator and just so happens to lose and/or fail to respond to the I.F.P. application for whatever reason…." (ECF No. 5.)

///

1

Currently before the Court is Plaintiff's request for a court order directing the Madera County Sheriff to provide meaningful access to the Courts, filed November 6, 2024. Therein, Plaintiff requests the Court order the Madera County Jail to submit his application to proceed in forma pauperis. However, it is not clear whether Plaintiff, himself, has completed the application to proceed in forma pauperis that was previously sent to him and what steps have been taken to complete and submit such application. Further, in general, this Court does not have the power to bind third parties that are not before it. See <u>Summers v. Earth Island Inst.</u>, 555 U.S. 488, 491–93 (2009); <u>Mayfield v. United States</u>, 599 F.3d 964, 969 (9th Cir. 2010). Nonetheless, in the interest of justice, the Court will grant Plaintiff a further extension of time to submit the proper application and direct the clerk's office to forward a copy of this order on the Madera County Jail, litigation division.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff an application to proceed in forma pauperis by a prisoner;
2. Within **thirty (30)** days from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $405.00 filing fee for this action;
3. The Clerk of Court shall forward a copy of this order on the Madera County Jail, Attention: Litigation Division;
4. No requests for extension will be granted without a showing of good cause; and
5. Failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 7, 2024**

STANLEY A. BOONE
United States Magistrate Judge